PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:15cr65 LG-RHW

MIKAL C. WATTS
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 15th day of September, 2015.

This the 15th day September, 2015.

GREGORY K. DAVIS
United States Attorney

By: _____
JOHN M. DOWDY, JR.
Assistant U.S. Attorney
MS Bar #8896

Warrant issued: _____

JMD/USSS