IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 1:15CR65LG-RHW

THI HOAUG NGUYEN a/k/a
Abbie Nguyen

## TRIAL ORDER

Defendant having entered a plea of not guilty in this matter, the case has been set for **TRIAL** during a criminal calendar commencing on **December 7, 2015**, at the Dan M. Russell, Jr., United States Courthouse, 2012 15th Street, Courtroom 806, Gulfport, MS, U.S. District Judge Louis Guirola, Jr., presiding. If the Defendant hereafter desires to change his/her plea to guilty, the Court shall be advised in writing no later than **November 16, 2015**. All pleas after November **16, 2015** shall be open, unless the Court, for good cause, grants an extension. If any extensions are granted, they must be requested prior to **November 16, 2015.**

A pre-trial conference will be held before the District Judge on **November 24, 2015**, at 10:00 a.m., at which Defendant and counsel are required to be present unless, for good cause, they have been excused by the Court.

All dispositive motions, including motions to suppress, must be filed no later than **November 23, 2015.** All motions, memoranda of authorities, related pleadings, responses, and replies to motions are to be filed electronically and served on opposing counsel using CM/ECF in accordance with the rules of this Court. Opposing counsel shall have ten (10) days from receipt of a dispositive motion to file its response.

**Dispositive and non-dispositive motions should be filed separately and should not be combined in one document.**

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event, the evidentiary hearing or oral argument will be held at the pre-trial conference.

All nondispositive motions must be filed no later than **November 13, 2015**, and, if a hearing is deemed necessary by the Court, it will be heard on a date to be scheduled by the Court, unless resolved by the government and defense counsel prior thereto. If the moving party fails to appear for the hearing on the date set, the Court shall consider the motion(s) moot and an order shall be entered accordingly. Counsel may seek an earlier expedited hearing on any nondispositive motion by consulting with the Magistrate Judge's office and opposing counsel to

obtain a mutually acceptable hearing date. All nondispositive motions, memoranda of authorities, related pleadings, responses, and replies to motions are to be filed electronically and served on opposing counsel using CM/ECF in accordance with the rules of this Court. Opposing counsel shall have five (5) days from receipt of a nondispositive motion to file its response.

Proposed **JURY INSTRUCTIONS, EXHIBIT LIST** and **WITNESS LIST** are to be submitted electronically to the Court via its chambers email address: Guirola_Chambers@mssd.uscourts.gov, and furnish same to opposing counsel by **November 30, 2015.**

**JURY INSTRUCTIONS** must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instruction.

**EXHIBIT LIST** must reflect the style and number of the case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits. See attached exhibit list.

**WITNESS LIST** must reflect the style and number of the case.

**PURSUANT TO RULE 32(f)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, WRITTEN OBJECTIONS TO THE PRESENTENCE REPORT MUST BE MADE WITHIN 14 DAYS AFTER THE PARTIES RECEIVE THE REPORT. OBJECTIONS RECEIVED AFTER THAT TIME WILL BE DEEMED WAIVED. IF ANY PARTY HAS NO OBJECTIONS THEY MUST NOTIFY THE PROBATION OFFICE WITHIN THE REQUIRED 14 DAYS.**

SO ORDERED this 29 day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

I acknowledge receipt of this Order:

_____         _____
(Defendant)                                                          (Defense Counsel)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:15CR65LG-RH

THI HOAUG NGUYEN a/k/a
Abbie Nguyen

## EXHIBITS

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID |
|--------|-------------|---------|------|------|
| G-1    |             | (LEAVE BLANK-----------) | | |
| D-1    |             |         |      |      |