IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. 1:15CR65LG-RHW |
| MIKAL C. WATTS, et al. | * |

**AGREED MOTION TO PERMIT LOGISTICAL ACCOMMODATIONS
FOR TRIAL TEAM STAFFS**

The parties file this agreed motion to permit logistical accommodations for their trial team staffs. The U.S. Marshalls have informed movants that they require an order from this Court to permit the following:

1. laptops and cell phones;

2. Wi-Fi or VPN capability to enable database access;

3. A printer in the courthouse, to permit printing of documents needed;

4. Bottled water; and

5. Dietary snacks for one support staff member who is diabetic.

**I.   LAPTOPS & WI-FI/VPN ACCESS TO INTERNET TO RETRIEVE DATABASED DOCUMENTS AND A PRINTER TO PRESENT THEM**

This is a case involving several terabytes of documentation, and potentially several hundred witnesses. Permitting defendants, defense counsel, and members of the parties' trial team staffs to enter the courthouse and the courtroom with laptops and Wi-Fi or VPN capability to enable their access to documents stored on databases is essential to the efficient conduct of this trial, and permitting the parties to bring a printer into the courthouse will enable them to print documents needed on a short-term basis.

1

**II.  PERMITTING CELL PHONES WILL FACILITATE THE EFFICIENT FLOW OF AVAILABLE WITNESSES**

The current policy is to permit defense counsel to enter the courthouse with cell phones, but not others. Permitting defendants and members of the parties' trial team staffs to enter the courthouse and the courtroom with cell phones will assist the parties to ensure the continuous flow of available witnesses, rather than having them leave the courthouse to call upcoming witnesses.

**III.  BOTTLED WATER**

This trial is scheduled to last 6-8 weeks.  The parties respectfully request that the order permit them to bring only bottled water into the courthouse.  Such an accommodation will give the litigants the ability to quench their thirst without creating a cleanliness issue. Additionally, because of a recent surgery, Attorney Ramiro Orozco requests that he be allowed access to water during trial.  The parties commit to the court that bottles will not be kept on counsel table unless the court authorizes otherwise, and all empty bottled water containers will be retrieved and removed each day.

**IV.  NUTS & SNACKS FOR A DIABETIC STAFF MEMBER**

One of Mikal Watts' staff members, his paralegal, is a diabetic.  She respectfully requests that the Court permit her to bring into the courthouse pre-packaged snacks and jarred nuts, so that if a health need arises during court, she may properly ingest such necessary foods outside the courtroom without having to leave the court house to do so.

**V.  TRIAL GRAPHICS PRESENTATION**

Several of the Defendants have retained Keith Cartwright of Courtroom Concepts, Inc. to run trial graphics presentation software in order to display documents and graphics to the jury.

The parties request that Mr. Cartwright be permitted to enter the courtroom and set up his equipment in front of the bar and adjacent to counsel table, even though he is not a lawyer.

**VI.     MEMBERS OF THE TRIAL TEAMS WHO ARE NOT LAWYERS FOR WHOM THIS MOTION REQUESTS COMPUTER, WI-FI/VPN & CELL PHONE ENTRY PERMISSION**

Mikal Watts will have non-lawyers Cindy Wilson, Meredith Drukker and Oscar Quiroz assisting him during this trial.  Michael McCrum, counsel for David Watts, will have non-lawyers Priscilla Torres, Teri Watts and Alicen Flores, assisting him during trial.  Chip Lewis, Alicia O'Neil and Tommy Spina, counsel for Hector Eloy Guerra will have no non-lawyers assisting them during trial.  Karl C. Hightower, counsel for Wynter Lee, will have no non-lawyer assisting him during trial.   Luke D. Wilson, counsel for Gregory P. Warren, will have no non-lawyer assisting him during trial.   John W. Weber, counsel for Thi Houng ("Kristy") Le, will have non-lawyer Demetrius Drakeford assisting him during trial.   Ramiro Orozco, counsel for Thi Hoang ("Abbie") Nguyen, will have non-lawyers Kent Aldenderfer and Logan Luquette assisting him during trial. Jerry L. Rushing and Gregg Kennedy, Assistant United States Attorneys, will have no non-lawyers assisting them during trial.  The parties respectfully move this Court to order the U.S. Marshal's Service and courtroom security officers to permit those non-lawyers to bring into the courthouse their computers, Wi-Fi/VPN devices and their cell phones.

Respectfully submitted this the 24th day of June, 2016.

                                                    By:    *s/Mikal C. Watts*
                                                                Mikal C. Watts
                                                                 Texas State Bar #20981820
                                                                 WATTS GUERRA, LLP
                                                                 4 Dominion Drive, Bldg. 3, Ste. 100
                                                                 San Antonio, TX 78257
                                                                 Telephone:  210/447-0500
                                                                 Facsimile: 210/447-0501
                                                                 Email: mcwatts@wattsguerra.com

                                                                 ATTORNEY FOR DEFENDANT
                                                                 MIKAL C. WATTS

*s/Michael McCrum*
Michael W. McCrum
Texas State Bar #13493200
MCCRUM LAW OFFICE
The Esplanade
404 E. Ramsey, Ste. 102
San Antonio TX 78216
Telephone:  210/225-2285
Facsimile: 210/225-7045
Email: michael@mccrumlegal.com

ATTORNEY FOR DEFENDANT
DAVID WATTS

*s/K.C. Hightower*
Karl C. Hightower
MS Bar #101246
BALCH & BINGHAM, LLP
1310 Twenty-Fifth Avenue
P. O. Box 130 (39502)
Gulfport, MS 39501
Telephone:  228/214-0421
Facsimile: 866/316-9459
Email: kchightower@balch.com

ATTORNEY FOR DEFENDANT
WYNTER LEE

*s/Luke D. Wilson*
Luke D. Wilson
MS Bar #102198
WILSON LAW, PLLC
P. O. Box 1926
Gulfport, MS 39502
Telephone:  228/731-4003
Facsimile: 228/205-4464
Email: luke@wilsonforthedefense.com

ATTORNEY FOR DEFENDANT
GREGORY P. WARREN

*s/Chip B. Lewis*
Chip Brandon Lewis
CHIP B. LEWIS LLC
1207 S. Shepherd Dr.
Houston, TX 77019
Telephone:  713/523-7878
Facsimile: 713/523-7887
Email: chipblewis@aol.com

ATTORNEY FOR DEFENDANT
HECTOR ELOY GUERRA

*s/John W. Weber, III*
John William Weber, III
MS Bar #101020
FEDERAL PUBLIC DEFENDER
2510 14th Street, Suite 902
Gulfport, MS 39501
Telephone:  228/865-1202
Facsimile:   228/867-1907
Email: john_weber@fd.org

ATTORNEY FOR DEFENDANT
THI HUOUNG LE, a/k/a
KRISTY LE

*s/Romiro Orozco*
Ramiro Orozco
MSB #101487
ANDERSON OROZCO, PLLC
P. O. Box 666
Gulfport, MS 39502
Telephone:  228/831-0025
Facsimile: 877/809-2390
Email: rorozco@msgulflaw.com

ATTORNEY FOR DEFENDANT
THI HOAUG NGUYEN, a/k/a
ABBIE NGUYEN

  *s/Jerry L. Rushing*
Jerry L. Rushing
MS Bar #5731
U. S. ATTORNEY'S OFFICE
501 East Court Street
Suite 4.430
Jackson, MS 39201
Telephone:  601/973-2821
Facsimile: 601/965-4409
Email:  jerry.rushing@usdoj.gov

ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                    *s/Mikal C. Watts*
                                                    Mikal C. Watts