UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.1:15cr00065-LG-RHW

MIKAL C. WATTS, ET AL

### ORDER

Due to inclement weather, the Court will provide jurors lunch on this date. It is therefore ordered that the United States Courts will provide lunch to said jurors at the expense of the United States.

SO ORDERED this the 11th day of August, 2016.

/s/ Louis Guirola, Jr.
UNITED STATES DISTRICT JUDGE